IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  CASSANDRA TIMMONS                      CHAPTER 13
                                                CASE NO. 17-50816-KMS

TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due each creditor which may be entitled to be paid from the funds is as follows:

| NAME OF CREDITOR | ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| Cassandra Timmons | 5331 Menge Avenue<br>Pass Christian  MS  39571 | $1,303.68 |

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date:   July 18th, 2018

Signed:   /s/ Warren A. Cuntz, Jr.   ,
            Chapter 13 Standing Trustee
            Warren A. Cuntz, Jr.